THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Anna L., Jessie J. S., and John Doe, Defendants,
 Of whom Jessie J. S. is the Appellant.
 
 
 

In the interest of a minor child under the age of eighteen years.

Appeal From Lexington County
  Richard W. Chewning, III, Family Court
Judge

Unpublished Opinion No.  2011-UP-417  
 Submitted September 1, 2011  Filed
September 6, 2011

AFFIRMED

 
 
 
 Shawn Boyd Deery, of Columbia, for Appellant.
 Rose Mary McGregor, of Lexington, for Respondent.
 Tressa T. H. Hayes, of Asheville, North Carolina, for Guardian ad
 Litem.
 
 
 

PER CURIAM: Jessie J. S. appeals from the family court's final order
 terminating his parental rights to his minor child.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a
 thorough review of the record and the family court's findings of fact and
 conclusions of law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly,
 we affirm the family court's ruling and grant counsel's petition to be relieved. 
AFFIRMED.[1]
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.